**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JANE DOE AND MINOR-DOE, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 26 C 06565 |
| | ) | |
| BOARD OF EDUCATION OF | ) | |
| THE CITY OF CHICAGO et al., | ) | |
| Defendant | ) | |

**PROTECTIVE ORDER**
**REGARDING RECORDED FORENSIC INTERVIEW OF A MINOR**

IT IS HEREBY ORDERED that the Cook County State's Attorney's Office make available to each counsel of record one (1) copy of the digitally recorded forensic interview of Minor Doe, to be viewed subject to the following restrictions:

1. The forensic interview shall not be exhibited, shown, disclosed, or displayed to any person or used in any fashion by any party to this action except in a judicial proceeding in this matter, or as may be specifically ordered by this court upon finding that a requested use is directly necessary in the preparation of a party's case in this action.

2. No copy or re-recording of any kind of the forensic interview or any excerpt thereof shall be made by any person except, with express prior leave of court, by a party as may be directly necessary in the preparation of the party's case. This restriction includes that no person shall copy or otherwise transfer a digital file of the interview to his or her computer, device, or cloud storage for the purpose of viewing the interview, even if temporarily; the data must solely be accessed from the media in which the approved copy is provided. Thus, each counsel of record must obtain their own copy of the digitally recorded forensic interview directly from the Cook County State's Attorney's Office. At the conclusion of this case, the party shall account for any and all copies.

3. All copies of the forensic interview, whether recorded on a DVD or otherwise, shall be returned to the Cook County State's Attorney's Office within 10 days of the completion of this case or the requesting attorney's withdrawal from the case, regardless of the outcome of the case.

4. A party litigant may personally review the forensic interview in the direct presence and under the direct supervision of that party's counsel or, under a subsequent order entered pursuant to paragraph 1, an investigator or expert witness as may be necessary for the purposes of assisting in the party with the party's case.

5. Under no circumstances shall the party personally be given any of the materials or copies of the materials to retain in his or her possession.

6. This protective order shall be applicable to the party, any attorney for the party, any investigator, expert witness, agent, or other representative of the party.

7. A copy of this protective order shall accompany any copy of the materials at all times, and any recipient shall sign an acknowledgement that such person has read the order and agrees to be bound thereby. (See Exhibit A). This signed form shall be filed with the court by party counsel.

8. Any violation of this order shall result in sanctions by this court, including contempt, and may additionally be punishable by applicable state or federal law.

9. This order shall continue and shall apply whether the case is pending before a trial or post trial proceedings. Upon final disposition of this case, any and all copies of the recording and any transcripts thereof shall be returned to the Court for safekeeping except those booked into and kept as evidence by the Cook County State's Attorney's Office. Those materials subject to this order so kept by the Cook County State's Attorney's Office shall remain subject to this order and shall remain secured in evidence in accordance with the agency's policies and procedures.

ENTER:

JUDGE

Dated: 11/24/2026

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JANE DOE AND MINOR-DOE,<br>Plaintiff<br><br>v.<br><br>BOARD OF EDUCATION OF<br>THE CITY OF CHICAGO et al.,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2026 CV 06565 |

**ACKNOWLEDGMENT OF RECEIPT OF PROTECTIVE ORDER REGARDING RECORDED FORENSIC INTERVIEW OF A MINOR**

1. I, ________________________________ do hereby acknowledge that I have received a copy of the protective order regarding the recorded interview of _____________________, a minor, on today's date, ___________________.

2. I hereby acknowledge that I have read and understand the order and agree to be bound by all of its terms.

3. I consent to submit to the personal jurisdiction of the Cook County Circuit Court for the purpose of enforcing the protective order.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on ________________ at _____________________
(Date) (Time)
at_______________________.
(Location)

_______________________________
(Signature)

_______________________________
(Print Name)